Heather R. Boshak (HRB/9736)
Loretta A. Castrovinci (*Admitted Pro Hac Vice*) (LAC/2288)
FOX ROTHSCHILD LLP
Formed in the Commonwealth of Pennsylvania
75 Eisenhower Parkway, Suite 200
Roseland, New Jersey 07068
*Attorneys for Defendants Silogram Lubricants, Corp.,*
*Oscar Margolis and Stevan Jospey*
Tel: 973.992.4800
Fax: 973.992.9125
hboshak@foxrothschild.com
lcastrovinci@foxrothschild.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRACE JOSPEY,<br><br>    Plaintiff,<br>        vs.<br><br>SILOGRAM LUBRICANTS, CORP.,<br>STEVAN JOSPEY, OSCAR MARGOLIS and<br>ERIC MARGOLIS,<br><br>    Defendants. | Civil Action No. CV-11-4967-SMG-WFK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS** |

**IT IS** hereby stipulated and agreed by and among the parties that the Complaint filed by Plaintiff Grace Jospey be and is hereby dismissed in its entirety with prejudice, and without rights of appeal, with each party to bear its own costs and attorneys' fees.

**RANNI LAW FIRM**
*Attorneys for Plaintiff Grace Jospey*

By: _____
    Joseph J. Ranni

Dated: 2/16/12

**FOX ROTHSCHILD LLP**
*Attorneys Defendants Silogram Lubricants,*
*Corp., Oscar Margolis and Stevan Jospey*

By: _____
    Heather R. Boshak
    Loretta A. Castrovinci
Dated: 7.20.2012